FILED

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0424

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 22-0424

SHAWN FOWLER

Plaintiff/Appellee,

vs.

DEPARTMENT OF JUSTICE, MONTANA HIGHWAY PATROL

Defendant/Appellant.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Appellant's Unopposed Motion for Extension of Time to file its opening brief and good cause shown,

IT IS HEREBY ORDERED that Appellant's Motion is GRANTED. Appellant's reply brief will be due on or before August 31, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2023